# Bargaining Unit Performance Appraisal and Recognition Election

(Review instructions before completing this form)

| | | |
|---|---|---|
| 1. Name of employee (Last, first, middle initial)<br>Tran,Dinh T | 2. Last 4 Digits of SSN<br>***-**-5466 | 3. Reason for Appraisal<br>☒ Annual Rating<br>☐ Other<br>Reason for other: |
| 4. Office symbols/Organization<br>931112127102030000/LEGAL ANALYSIS BRANCH TEAM 3 | 5. Pay plan, series and grade<br>GS-0905-14 | |
| 6. Position title<br>Attorney- Advisor | 7. Period covered<br>From: 01-APR-2015  To: 31-MAR-2016 | 8. Mandatory progress review was<br>conducted on Mid Year Review Not Held |

9. Fair and Equitable Treatment of Taxpayers Retention Standard Rating  ☐ Not Applicable   ☒ Met   ☐ Not Met

| 10. Critical Job Elements (CJEs) | 11. Performance Aspects | 12. Performance Aspects Rating | | | | 13. CJE Ratings |
|---|---|---|---|---|---|---|
| | | Exceeds | Meets | Fails | N/A | |
| **I. Employee Satisfaction - Employee Contribution** | A. Workplace Interaction | | X | | | Fully Successful |
| | B. Workgroup Involvement | | X | | | |
| | C. Workplace Environment | | X | | | |
| **II. Customer Satisfaction - Knowledge** | A. Technical Advice and Assistance | X | | | | Outstanding |
| | B. Resolution of Issues | X | | | | |
| | C. Legal Interpretation | X | | | | |
| **III. Customer Satisfaction - Application** | A. Professional and Courteous Manner | X | | | | Outstanding |
| | B. Clear and Responsive Communication | X | | | | |
| | C. Effort to Provide Advice or Assistance | X | | | | |
| **IV. Business Results - Quality** | A. Accuracy of Work | X | | | | Exceeds Fully Successful |
| | B. Research Methods | X | | | | |
| | C. Written Work | X | | | | |
| | D. Oral Communication | | X | | | |
| | E. Taxpayer Privacy | X | | | | |
| **V. Business Results - Efficiency** | A. Timeliness | | X | | | Exceeds Fully Successful |
| | B. Independence and Responsibility | X | | | | |
| | C. Initiative, Originality and Flexibility | X | | | | |

| 14. Overall rating | | 15. Average CJE Score  4.20 |
|---|---|---|
| ☐ Outstanding ☐ Fully Successful ☐ Unacceptable<br>☒ Exceeds Fully Successful ☐ Minimally Successful<br>☐ Not Ratable   Reason for Not Ratable: | | |

**A. Certification of Rating -** *By signing below, each Rater and Reviewer certifies that records of tax enforcement results (ROTERs) were not used to prepare this appraisal.*

16a. Rater name/title/signature/date
Gluth,Garrett B / Chief, Legal Analysis Branch /   /s/ Garrett B Gluth                     / June 30, 2016

16b. Reviewing Official name/title/signature/date
Whitlock,Stephen A / Director, Office of Professional Responsibility /   /s/ Stephen A Whitlock          / June 30, 2016

16c. Employee signature/date   *(Signature only indicates copy has been received, not agreement)*
/s/ Dinh T Tran                                                                                   / July 01, 2016

| 17a. Revalidation of Rating of Record *(Period covered)*<br>From:   To: | 17b. Mandatory progress review conducted on | 18a. Revalidation of Rating of record *(Period covered)*<br>From:   To: | 18b. Mandatory progress review conducted on |
|---|---|---|---|
| 17c. Rater name/title/signature/date | | 18c. Rater name/title/signature/date | |
| 17d. Reviewing Official name/title/signature/date | | 18d. Reviewing Official name/title/signature/date | |
| 17e. Employee signature/date *(Signature only indicates copy has been received, not agreement)* | | 18e. Employee signature/date *(Signature only indicates copy has been received, not agreement)* | |

Form **6850-BU** (Rev. 1-2003)   Cat. No. 35509M page   1   publish.no.irs.gov   Department of Treasury - **Internal Revenue Service**

**Pl.'s Ex. 6**

| **B. Management Determination and Employee Election Regarding Performance Recognition** *Review instructions and information for each determination or election before completing this form.* | Name of of employee (Last, first, middle initial)<br>Tran,Dinh T |
| --- | --- |

## Management Determinations

a. A **QSI** has been approved for this employee.

b. **Tenth step of the grade - 3% of salary award in lieu of a QSI** - This employee is paid at the tenth step of the grade and is not eligible for a QSI; therefore, a 3% of salary award or a performance award, whichever amount is greater, has been approved for this employee.

c. **Time-Off** - This employee may elect time-off if granted a performance award or if he or she elects a 3% of salary award in lieu of an approved QSI.  (A combination of monetary payment and time-off is not authorized for this election.)

## Employee Elections

d. **QSI**  - I accepted the approved QSI.  I understand I am not eligible for a performance award under the National Performance Awards Agreement (NPAA) for the covered period.

e. **3% of salary award in lieu of a QSI** - I elect a 3% of salary award in lieu of an approved QSI.  I understand I will receive either the 3% of salary award or a performance award for which I am eligible under the NPAA, whichever amount is greater.

f. **Tenth step of the grade - 3% of salary award in lieu of a QSI** I understand I am paid at the tenth step of the grade and ineligible for a QSI.  Therefore, I understand I will receive either a 3% salary award, or a performance award for which I am eligible under the National Performance Awards Agreement, whichever amount is greater

g. **Time-Off** - I elect to receive time-off in lieu of a monetary award described above.  I understand if the calculated time-off hours exceed the 40 or 80 hour limitation, the value of the excess hours will be paid as a supplemental monetary award.

h. **Monetary Award** - If granted a performance award, I elect to receive a single monetary payment.

### Period covered indicated in block 7

From:                                    To:

19. Supervisor checks the box(es) applicable to recognition determination.

| ☐ a     ☐ b     ☐ c | Supervisor name/title/signature/date |
| --- | --- |

20. Employee checks one box applicable to the supervisor determination indicated above.

| ☐ d     ☐ e     ☐ f     ☐ g     ☐ h | Employee signature/date |
| --- | --- |

### Period covered indicated in block 17A (Revalidation)

From:                                    To:

21. Supervisor checks the box(es) applicable to recognition determination.

| ☐ a     ☐ b     ☐ c | Supervisor name/title/signature/date |
| --- | --- |

22. Employee checks one box applicable to the supervisor determination indicated above.

| ☐ d     ☐ e     ☐ f     ☐ g     ☐ h | Employee signature/date |
| --- | --- |

### Period covered indicated in block 18A (Revalidation)

From:                                    To:

23. Supervisor checks the box(es) applicable to recognition determination.

| ☐ a     ☐ b     ☐ c | Supervisor name/title/signature/date |
| --- | --- |

24. Employee checks one box applicable to the supervisor determination indicated above.

| ☐ d     ☐ e     ☐ f     ☐ g     ☐ h | Employee signature/date |
| --- | --- |

From:                          To:

25. Supervisor checks the box(es) applicable to recognition determination.

☐ a     ☐ b     ☐ c         Supervisor name/title/signature/date

26. Employee checks one box applicable to the supervisor determination indicated above.

☐ d     ☐ e     ☐ f     ☐ g     ☐ h     Employee signature/date

**C.**    **Instructions to complete Form 6850-BU**

**All information requested on page one must be completed for processing.**

Detailed information on administering the Performance Management System for Bargaining Unit employees is available at: http://shr.web.irs.gov/pers/pm/NonmgrIndex.htm and http://shr.web.irs.gov/cje/index.htm

**Blocks 1, 2, 5 and 6.** Self-explanatory.

**Block 3.** Reason for Appraisal: If "Other" is checked, provide a reason (e.g. Within-Grade Increase determination).

**Block 4.** Office symbols/Organization: State office symbols and business unit (to include section down to the immediate office (e.g. W:CAR:MP:M).

**Block 7.** Period covered: State the actual dates of the appraisal period. The period covered is normally twelve months, however, there are situations when the period covered will be either longer or shorter than a twelve-month period (e.g. 90 Day Appraisal, Interim Rating).

**Block 8.** Mandatory progress review was conducted on: Supervisor annotates the date mandatory progress review was conducted with the employee.

**Block 9.** Retention Standard Rating: Narrative is mandatory if assigned rating is "Not Met".

**Block 10.** Critical Job Elements (CJEs): The five (5) critical job elements for all positions are listed.

**Block 11.** Performance Aspects: List performance aspects for each CJE, which are identified in the performance plan. Each critical job element consists of 3 - 5 aspects.

**Block 12.** Performance Aspects Rating: Rate each aspect as Exceeds, Meets, Fails or Not Applicable (N/A) by checking the appropriate block.

**Block 13.** CJE Ratings: Appraise the employee against the CJEs of his/her position for the rating period. In rare situations, if performance of the duties/responsibilities reflected by a CJE has not been observed for the mandatory minimum time required, rate the CJE as "Not Applicable" (N/A). Reasons for not appraising CJE(s) must be documented as part of the appraisal.

The rating for each CJE will be based upon a review and consideration of all aspects of the CJE, using the following scale:

- OUTSTANDING - "5" - Exceeds all performance aspects of the CJE.
- EXCEEDS FULLY SUCCESSFUL - "4" - Exceeds more than half of the performance aspects of the CJE and meets the remaining performance aspects.
- FULLY SUCCESSFUL - "3" - Meets all performance aspects of the CJE.
- MINIMALLY SUCCESSFUL - "2" - Fails one performance aspect of the CJE.
- UNACCEPTABLE - "1" - Fails two or more performance aspects of the CJE.

**Block 14.** Overall Rating: After rating the individual critical job elements (Column 13) and the Retention Standard (Block 9), assign an overall rating using the following scale:

- OUTSTANDING - Employee is rated "Outstanding" in more than half of the CJEs and "Exceeds Fully Successful" in the remainder of the CJEs, and receives a "Met" on the Retention Standard.
- EXCEEDS FULLY SUCCESSFUL -Employee is rated "Exceeds Fully Successful" or above in more than half of the CJEs and "Fully Successful" in the remainder of the CJEs, and receives a "Met" on the Retention Standard.
- FULLY SUCCESSFUL - Employee is rated "Fully Successful" or above in all of the CJEs, and receives a "Met" on the Retention Standard.
- MINIMALLY SUCCESSFUL - Employee is rated "Minimally Successful" in one or more CJEs but not "Unacceptable" in any CJE, and receives a "Met" on the Retention Standard.
- UNACCEPTABLE - Employee is rated "Unacceptable" in one or more CJEs or receives a "Not Met" on the Retention Standard.

**C.** **Instructions to complete Form 6850-BU continued**

**Block 15.** Average CJE Score: Is determined by dividing the sum of the ratings assigned in column 13 by the total number of CJEs. Supervisor annotates the numerical score to include two decimal places (e.g. 4.50).

**Block 16.** Certification: Required signatures.

**Blocks 17 and 18.** Revalidation of Rating of Record: If a supervisor determines that a journey level or above employee, in at least the second year of their position, would receive a Rating of Record for the current appraisal period identical to the Rating of Record for the previous period, the supervisor may certify that the most recent Rating of Record is valid for performance in the current appraisal period. When revalidating an appraisal, supervisors are also revalidating the Retention Standard Rating from the previous rating of record. Appraisals may be revalidated indefinitely.

### Instructions for Part B - Management Determination and Employee Election

Detailed information on administering the Performance Awards Program for Bargaining Unit employees is available at: http://shr.web.irs.gov/pers/pm/NPAindex.htm and http://shr.web.irs.gov/pers/pm/AwardIndex.htm.

**Period Covered.** The period covered for this section must correspond to the periods indicated in Blocks 7 or 17A or 18A.

**Quality Step Increase (QSI) Determination.** A management level higher than the initiator of the QSI recommendation, as determined by the operating, functional, or support unit, must approve a QSI.

**Time-Off Determination.** The employee 's immediate supervisor has approved a time-off option in lieu of a monetary performance award or a 3% of salary award.

**Blocks 19, 21 and 23.** Supervisor reviews options and checks the appropriate box(es), signing and dating the form.

**Blocks 20, 22 and 24.** The employee documents election by checking the appropriate box that corresponds to management's determination, signing and dating the form.

### Privacy Act Notice

The Privacy Act of 1974 requires that when we ask you to provide information about yourself, we must tell you: our legal right to ask for the information; the principal purpose(s) for which the information is intended to be used, what could happen if we do not receive any or all of the information, and whether your response is voluntary or mandatory. Our legal right to ask you to acknowledge receipt of the performance appraisal is derived from 5 USC 9508, General Workforce Performance Management System and 26 CFR Part 801, Balanced System for Measuring Organizational and Employee Performance within the Internal Revenue Service. The authority to solicit this information is also derived from 5 USC 2301, 5301, 5336, and 5338 and the Code of Federal Regulations (Title 5, Part 531, Subpart D, "Within-Grade Increases" and Subpart E, "Quality Step Increases"). Management is requesting this information in order to record the employee's election. The QSI or award will be processed in accordance with the information you furnish. Failure to furnish any or all of this information may result in your QSI or award possibly being processed other than you would

have elected, or may negate the employee's opportunity to elect time-off. The legal authority to request this information is the United States Code, Title 5, Chapters 43 and 45 and the Code of Federal Regulations (Title 5, Part 451, Subpart A, "Agency Awards").
The information contained in this form may be disclosed to IRS employees who need it to conduct official duties. Disclosures may also be made when appropriate, under routine uses published in the Federal Register for Privacy Act Systems of Records, Treasury/IRS 36.003, General Personnel and Payroll Records. Under the appropriate circumstances, disclosure may be made to the Office of Personnel Management, the Equal Employment Opportunity Commission, the General Accounting Office and others.

**Overall Summary**

I. Employee Satisfaction - Employee Contribution

A. Workplace Interaction ¿ Meets

Dinh generally interacts in a courteous and professional manner with others to foster and maintain excellent work relationships.

B. Workgroup Involvement - Meets

Dinh generally participates in identifying or solving workgroup issues.  She generally participates in activities that maintain or improve workgroup efficiencies.

C. Workplace Environment ¿ Meets

Dinh generally supports a work environment free from harassment and discrimination.  She generally works cooperatively with others and willingly shares knowledge/skills within the workplace.

II. Customer Satisfaction - Knowledge

A. Technical Advice and Assistance ¿ Exceeds

Dinh consistently employs technical knowledge of OPR programs to provide helpful service to those seeking advice and assistance.  She has a firm understanding of Circular 230 issues.

B. Resolution of Issues ¿ Exceeds

Dinh consistently accurately identifies and resolves legal and factual issues related to OPR programs.  She demonstrates a good working knowledge of Circular 230 when making recommended dispositions.

C. Legal Interpretation ¿ Exceeds

Dinh demonstrates a good working knowledge of Circular 230.  She correctly interprets statutes, regulations, rules and judicial opinions as they relate to OPR's programs, mission, and goals.

III. Customer Satisfaction ¿ Application

A. Professional and Courteous Manner ¿ Exceeds

Dinh consistently employs a professional and courteous manner in identifying the needs and concerns of those seeking advice or assistance.

*Continued on Next Page*

B. Clear and Responsive Communication ¿ Exceeds

Dinh consistently communicates with those seeking advice or assistance in a manner that is clear and responsive to their needs and concerns.

C. Effort to Provide Advice or Assistance ¿ Exceeds

Dinh consistently makes every reasonable effort, consistent with operational necessities, to provide the needed advice or assistance, or if necessary, identifies another IRS office likely to provide the advice or assistance.

IV. Business Results ¿ Quality

A. Accuracy of Work ¿ Exceeds

Dinh consistently completes assignments thoroughly and accurately, including resolution of all legal and factual issues.

B. Research Methods ¿ Exceeds

Dinh consistently uses proper research methods to complete assignments.

C. Written Work ¿ Exceeds

Dinh consistently produces legal memoranda, administrative pleadings, and other written work that display logical organization; sound legal analysis; succinctness of expression; a command of grammar, usage, punctuation, and spelling and use of established formats.

D. Oral Communication ¿ Meets

Dinh generally effectively communicates orally in contacts with practitioners, applicants for enrollment, taxpayers, and other offices and agencies; in public speaking situations; and in litigation.

E. Taxpayer Privacy ¿ Exceeds

Dinh always protects taxpayer privacy by observing proper disclosure procedures.

V. Business Results ¿ Efficiency

A. Timeliness ¿ Meets

Dinh generally completes assignments in a timely manner.

*Continued on Next Page*

B. Independence and Responsibility ¿ Exceeds

Dinh consistently displays independence and responsibility in a manner that promotes the efficiency of the office while exercising sound judgment in referring critical matters to the attention of supervisors.

C. Initiative, Originality and Flexibility ¿ Exceeds

Dinh consistently displays initiative, originality, and flexibility in a manner that promotes efficiency of the office.

**Award Determinations**

| | | | |
|---|---|---|---|
| Tran,Dinh T | Attorney- Advisor | GS-0905-14 | Step 01 |

Performance Year:  2016          Period Begin:  Apr 01, 2015          Period End:  Mar 31, 2016

Overall Rating:      Exceeds Fully Successful

---

Rating Official Gluth,Garrett B approved the option of Time Off in lieu of a monetary award.

---

Rating Official Name / Title / Signature / Date

Gluth,Garrett B / Chief, Legal Analysis Branch /     /s/ Garrett B Gluth  / / June 30, 2016

---

Employee requested Time off in lieu of a Monetary Award.

---

Employee Name / Title / Signature / Date

Tran,Dinh T / Attorney- Advisor /     /s/ Dinh T Tran / / July 01, 2016

---